FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0228

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0228

_____

PETER GRIGG,

     Plaintiff and Appellant,

    v.

ST. JOHN'S LUTHERAN HOSPITAL
d/b/a CABINET PEAKS MEDICAL CENTER,

     Defendant and Appellee.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022